IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK RISHELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 06-4782 |
| RR DONNELLEY | : | |

**O R D E R**

**AND NOW, TO WIT:** This    7th    day of June, 2007, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                      **MICHAEL E. KUNZ**, Clerk of Court

                            **BY:**   s/Lynn Meyer
                                            Lynn Meyer
                                            Deputy Clerk

cc:       Nina Shapiro, Esquire (fax & e-mail)
             Jill Welch, Esquire (e-mail)
             Jennifer Craighead, Esquire (fax & e-mail)

O:\41(b) Orders to Dismiss\Rishell v. Donnelley 06-4782 - 41b order.wpd